# Court of Appeals
# of the State of Georgia

ATLANTA,    May 06, 2015

*The Court of Appeals hereby passes the following order:*

**A15E0030.  GARNET RUST v. PHILLIP W. BOSWELL.**

Garnet Rust has filed an "Appeal for Emergency Order to Stay Writ of Possession and Proceedings."  Pursuant to Court of Appeals Rule 40 (b), this Court may issue such orders as may be necessary to preserve jurisdiction of an appeal or to prevent the contested issue from becoming moot.

We have considered Rust's brief and attachments thereto, and conclude that the relief requested is not warranted in this case.

Accordingly, Rust's request is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*    05/06/2015
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*